JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON ARA ERPINAR,       )    Case No. CV 16-7082-RSWL (SP)

     Petitioner,       )

     v.       )      **JUDGMENT**

DEBBIE ASUNCION, Warden,       )

     Respondent.       )

_____ )

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: March 20, 2020         ___s/ RONALD S.W. LEW___
                         HONORABLE  RONALD S.W. LEW
                         UNITED STATES DISTRICT JUDGE